**UNITED STATES of America,
Plaintiff–Appellee,**

v.

**Malik Lucien EANES, a/k/a Lucien
Clarke Watts, Defendant–
Appellant.**

No. 12–6320.

United States Court of Appeals,
Fourth Circuit.

Submitted: April 19, 2012.

Decided: April 26, 2012.

Malik Lucien Eanes, Appellant Pro Se. Matthew Childs Ackley, Office of the United States Attorney, Sara Elizabeth Chase, Richard Daniel Cooke, Assistant United States Attorneys, Richmond, Virginia, for Appellee.

Before NIEMEYER, SHEDD, and FLOYD, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Malik Lucien Eanes appeals the district court's order denying his motion for a sentence reduction under 18 U.S.C. § 3582 (2006). We have reviewed the record and conclude that the district court did not abuse its discretion. *See United States v. Goines,* 357 F.3d 469, 478 (4th Cir.2004) (stating standard of review). Accordingly, we affirm. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*